IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JIMMY BALDWIN,

    Plaintiff,

    v.

Case No.  18-cv-872-jdp

RICK RAEMISCH, RANDALL HEPP,
C. SEMANKO, WARREN DOHMS,
SARA A. KIEKHOEFER, N. CARLSON,
CAPTAIN BUESGEN, AND C.O.
SWEENY,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendants dismissing this case.


| /s/ | 01/24/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |