IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

***********************************************************

JIMMY BALDWIN,

        Plaintiff,

vs.

RICK RAEMISCH, RANDALL HEPP,
C. SEMANKO, WARREN DOHMS,
SARA A. KIEKHOEFER, N. CARLSON,
CAPTAIN BUESGEN, and C.O.
SWEENY,

        Defendant[s].

Appeal Case No. _____
U.S.D.C. Case # 18-cv-872-jdp.

***********************************************************

## NOTICE OF APPEAL TO THE SEVENTH CIRCUIT COURT OF APPEALS FROM A JUDGMENT UPON THE ORDER OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN.

***********************************************************

Notice is hereby given that Jimmy Baldwin [DOC #296764-A], Plaintiff [Prisoner] above named, hereby "Appeals" to the United States Court of Appeals for the Seventh Circuit from the Judgment In A Civil Case (Attachment - #1)/(Dkt. #10), Filed on January 24, 2019 from the Order of the Honorable James D. Peterson, District Judge, Dismissing 42 U.S.C. §1983 Civil Rights Action upon application of <u>Heck Doctrine</u>, to the Claim of Denial of Procedural Due Process in a Prison Disciplinary Action, and "False Prosecution" by Prison Staff in a "Criminal Case" Initiation of Defendant Warren Dohms creation, assertion of No Constitutional Protection from such "Arbitrariness" on the Part of Prison Staff against Prisoner(s), entered on January 24, 2019 Under Federal Law.

JB/OBM-File. Dated this 19 day of February, 2019. Portage; Wis.

                              Respectfully Filed By:

Attachment-#1 (1-Page).

                        _____
                        Jimmy Baldwin,      Pro Se.